UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X **Index No.: 21-cv-00246-WFK-CLP**

RAJENE WILLIAMS,

                               Plaintiff,

                   -against-

RISING GROUND, INC., TARYN MILLER, *Individually*,
and JULIAN MILES, *Individually*,

                              Defendants.
-----------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

      To the clerk of this court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated:  New York, New York
           March 26, 2021

                                                             /s/ Shaina Wood
                                                             Shaina Wood, Esq.
                                                             Phillips & Associates
                                                             Attorneys at Law, PLLC
                                                             45 Broadway, Suite 430
                                                             New York, New York 10006
                                                             Tel: (212) 248-7431
                                                             Fax: (212) 901-2107
                                                             swood@tpglaws.com